James McDermott, Respondent, v. Fisher-Williams Corporation, Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Samuel Ross and Others, etc., Respondents, v. Standard Accident Insurance Company, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Michael Schneiderman, Respondent, v. Henry F. Weber, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Ray Spelling, Respondent, v. United Dressed Beef Company of New York, etc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

James A. Tillman, Respondent, v. Russo-Asiatic Bank, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Bessie Debin, Administratrix, etc., of Max Debin, Deceased, Respondent, v. Rubel Corporation, Appellant.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

Mary Byrd Dunson, as Administratrix, etc., of John Byrd, Deceased, Respondent, v. Michel Kirtland, as Receiver of the Eighth and Ninth Avenues Railway Company, Appellant.— Order directing defendant to serve a bill of particulars modified by requiring the defendant to give the particulars asked for, or, if he is not in possession of such particulars, to so state and likewise to state that he intends to rely upon the testimony of the plaintiff's witnesses on the issue of contributory negligence. As thus modified the order is affirmed, without costs. (Cousens v. N. Y. C. R. R. Co., 232 App. Div. 821; Whitman v. Gowanus Towing Co., Inc., 231 id. 765; Burns v. City of New York, 226 id. 874; Havholm v. Whale Creek Iron Works, 159 id. 578.) The particulars, or the statement herein indicated, shall be served on plaintiff's attorney within five days from the date of entry of the order herein. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.